UNITED STATES, Appellee

v

WILLIAM S. WOLF, Sergeant, U. S. Army, Appellant

17 USCMA 253, 38 CMR 51

No. 20,442

October 20, 1967

*Colonel Daniel T. Ghent, Captain Dennis R. Hunt,* and *Captain Kenneth J. Stuart* were on the pleadings for Appellant, Accused.

*Lieutenant Colonel David Rarick, Major John F. Webb, Jr.,* and *Captain Harvey L. Anderson* were on the pleadings for Appellee, United States.

Opinion of the Court

PER CURIAM:

A general court-martial convicted the accused of two specifications of robbery, in violation of Article 122, Uniform Code of Military Justice, 10 USC § 922. The Government concedes the law officer erred to the prejudice of the accused by failing to instruct the court members as to a disputed question of fact in connection with a pretrial incriminating statement admitted into evidence. See United States v Hardy, 17 USCMA 100, 37 CMR 364, and United States v Pearson, 17 USCMA 204, 37 CMR 468.

The decision of the board of review is reversed and the findings of guilty and the sentence are set aside. A rehearing may be ordered.